IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 18-346 |
| | : | |
| ROGER DAY | : | |

## **ORDER**

AND NOW, this 6th day of August, 2025, upon consideration of Defendant Roger Day's "Motion for Modification or Reduction of Sentence Pursuant to Title 18 U.S.C. § 3582(c)(2) [and] Guideline Amendments No.: 821 and 822" (ECF No. 25) and the Government's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.